IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00117-PAB-KLM

US BANK, N.A.

    Plaintiff,

v.

STEWART TITLE GUARANTY COMPANY,

    Defendant.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

This matter comes before the Court upon the parties' Joint Motion to Administratively Close Case [Docket No. 33].

The parties request an order of this Court administratively closing this case subject to being reopened after the conclusion of the related state court case.

Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2.  Wherefore, it is

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.  It is further

**ORDERED** that if no party files a stipulation to dismiss the case or a motion to reopen the case on or before **March 1, 2015**, this case will be dismissed with prejudice without further notice to the parties and without further action by the Court.

DATED June 12, 2014.

        BY THE COURT:

        s/Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge